UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD JOHNSON,

                Plaintiff,

      -against-

GEORGE D. SILVA, ESQ.; BISOGNO AND MICHAEL C. MEYERSON, LLP; LAW OFFICE OF DENNIS C. BARTLING; KELLY, RODE, AND KELLY, LLP; GUMO LLC; PICCIANO AND SCAHILL, PC; MOLOPSITZ AND DESANTIS, P.C.,

                Defendants.

21-CV-5671 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 21, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed amended request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 21, 2021
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge